**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DELORES TAYLOR and LATISHIA WILLIAMS,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE HOUSING AUTHORITY OF THE CITY OF ATLANTA, GEORGIA and RENEE GLOVER, in her official capacity as CEO of the Housing Authority of the City of Atlanta, Georgia,<br><br>　　　Defendants. | CIVIL ACTION NO.<br>1:05-cv-2335-JTC |

<u>CERTIFICATE OF SERVICE</u>

　　　I hereby certify that on the 4th day of January, 2006, I mailed by United States Mail, postage paid, the following Notices of Depositions -- Notice to Take Deposition of Angela Chadwick, Notice to Take Rule 30(b)(6) Deposition of Atlanta Housing Authority, Notice to Take Deposition of Judy Newberry, and Notice to Take Deposition of Dwan Young -- to Defendants' attorney addressed as follows:

Richard A. Mitchell, Esq.
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street NW
Atlanta, GA 30309-3450.

　　　　　　　　　　　　　　　　　　　S/ C. Talley Wells
　　　　　　　　　　　　　　　　　　　Georgia Bar Number
　　　　　　　　　　　　　　　　　　　747657